# 2012 Service Schedule

For Service Contact: _____

Case 1:12-cv-03405-BMC Document 17-23 Filed 12/08/12 Page 1 of 1 PageID #: 390

| | S | M | T | W | T | F | S | S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | **January** 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 2 | 29 | 30 | 31 | **February** 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 3 | 26 | 27 | 28 | 29 | **March** 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 4 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | **April** 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 5 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | **May** 1 | 2 | 3 | 4 | 5 |
| 6 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | **June** 1 | 2 |
| 7 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 8 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 9 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 10 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 11 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 12 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 13 | 2 | 3 | 4 | **December** | | | | | | | | | | |



Auto-Chlor SYSTEM
F180