# EMPLOYEE INFORMATION SHEET

Jose Henry Gonzalez
NAME

████████████████
SOCIAL SECURITY NUMBER

69-13 53 Rd Drive
HOME ADDRESS

04 28 64
DATE OF BIRTH

Maspeth NY 11378
CITY/STATE/ZIP

910 489 853
DRIVER'S LICENSE # /STATE

(718) 396 14 20
HOME TELEPHONE NUMBER

4 June 2007
DATE OF HIRE

(917) 3310163
EMERGENCY CONTACT/PHONE #

$ 40,000 per Year
RATE OF PAY/FULL TIME/PART TIME

(718) 9398085
PHYSICIAN/PHONE NUMBER

630 / Installer
BRANCH # /POSITION

---

SEND TO CORPORATE OFFICE:

| | EMPLOYEE INITIAL | MGR INITIAL | SENT TO CORPORATE |
|---|---|---|---|
| W-4 FEDERAL/STATE | JH | | |
| EMPLOYMENT AGREEMENT | JH | | |
| INSURANCE ENROLLMENT FORM: | JH | | |
| A. WANTS COVERAGE | JH | | |
| B. DECLINES COVERAGE | JH | | |
| LONG TERM DISABILITY FORM | JH | | |
| 1-9 IMMIGRATION FORM | JH | | |
| EMPLOYEE INFO SHEET | JH | | |
| SIGN PAGE FROM EMP MANUAL | JH | | |
| SAVINGS FORM | JH | | |
| DIRECT DEPOSIT AUTH. FORM | JH | | |
| BENEFIT ENHANCER FORM | JH | | |
| DMV AUTHORIZATION | JH | | |
| DOCTOR PRE DESIGNATION | | | |

## STATEMENT OF AWARENESS

## THIS STATEMENT OF AWARENESS SHOULD BE READ CAREFULLY BEFORE SIGNING

I have read and fully understand the rules and policies described in this handbook and I understand that they may be changed by the Company at any time without prior notice to me. I understand that any changes in the rules and policies will be in writing. I understand that any violation or deviation from the Company's rules and policies by me is a serious matter and may result in disciplinary action, including discharge. I agree to conform to the rules and policies of the Company.

I understand that, although certain of the Company's rules and policies specifically provide for discharge in the event of violation, the circumstances under which I may be discharged are not limited to failure to comply with those or any other rules or policies contained in this handbook. I understand that my employment by the Company can be terminated with or without cause and with or without notice, at any time, at my option or at the option of the Company. I understand that no manager or representative of the Company other than its Chief Executive officer has any authority to enter into any agreement with me for employment not covered in the provisions of this Statement of Awareness. I understand that no manager or representative of the Company other than the Chief Executive Officer (or such persons as might be designed) has any authority to alter or amend the Company's rules and policies. I understand that no rule or policy can be changed orally and that all changes, if any, must be in writing.

Jose Henry Gonzalez                    5- 4 - 2007
_____          _____
(Name)                                 (Date)

_____          BL. 630
(Signature)                            _____
                                       (Location and Department)

Auto-Chlor
SYSTEM

Written Warning

# Corrective Action Form

**Employee Name**  Jose Henry Gonzalez   **Date of Warning:** 1.19.11

**Branch** 7630

**Type of Violation** (circle) Attendance  Safety  Dishonesty/Theft  Carelessness  Tardiness
Insubordination  (Work Quality)  Drug/Alcohol

**Violation Date:** 1.18.11   **Violation Time:** _____   **Place:** _____

| Company Statement: | Employee Statement: |
|---|---|
| See attachment | I agree with Statement |
| | I disagree with Statement for the following reasons: Refused to work on call & wants more money. Asked for me to fire him so he can get unemployment |
| | **Employee Signature:** _____ |
| | **Date:** _____ |

**Warning Decision**

Henry must improve his work quality and communication to management.

**Approved by:** Samuel Villanueva   **Title:** Branch Manager   **Date:** 1.19.11

**Previous Warnings:**

Date: _____
V/W _____

Date: _____
V/W _____

**I have read this "warning decision" and understand it.**

Employee Signature _____   Date

Supervisor's Signature _____   Date

**Follow-Up Date:** _____

Refuse to sign

1-19-11

Henry went to a service call while on call on 1-17-11 to Sea Rest. He reported to the
Manager that the machine at the location was still down because it required a drain and a
fill button. I asked him why didn't he return to the office get the parts and replace it he
had no answer. The task of changing out the switches was given to a route driver that was
nearest the call. The driver called saying he changed out the switches but couldn't get the
machine to work. When I called Henry to ask how did he diagnose the machine to find
the switches to be the problem, he replied he didn't know but that the machine had lots of
problems, there were tons of things wrong with that machine and that we should just
change it. He said that changing parts to "see" if it works is the way we do things. I told
him the way we should be doing things is by troubleshooting the problem before we start
to replace multiply parts for no good reason. When I told him it is not the way we do
things and with his experience he should have done better. He said he was not an expert
and that I should just firing so he can get unemployment.



# Corrective Action Form

**Employee Name**   Jose Gonzalez          **Date of Warning:**_ 5-26-10

**Branch**_630

**Type of Violation** ( circle) Attendance   Safety   Dishonesty/Theft   Carelessness   Tardiness
Insubordination ( Work Quality ) Drug/Alcohol

**Violation Date:**_ _5-25-10_   **Violation Time:**_ 10:00am_   **Place:** Flagship_____

---

**Company Statement:** Jose was
instructed to use his measuring cylinder
to calibrate the chemicals being
dispensed into Auto Chlor machines.
Instead he has been using a visual
method that is not accurate.

**Employee Statement:**
☐ **I agree with Statement**
☐ **I disagree with Statement for the
following reasons:**




**Employee Signature:**_____
**Date:**_____

---

Warning  Decision

Jose has been instructed to use the correct procedure to calibrate ACS machine at all times. If
Jose can not perform ACS procedures he will continued to be disciplined.


Approved by: S.Villanueva          Title: Br Manager          Date:5-26-10

---

**Previous Warnings:**

Date:_____
V/W_____


Date:_____
V/W_____

**I have read this "warning decision" and understand it.**

Employee Signature _____  Date

Supervisor's Signature _____  Date   5.26.10


**Follow-Up Date:**_____

FROM : AUTO CHLOR                    FAX NO. : 5182950243           Dec. 11 2006 09:42AM  P1

PAGE #1

# Corrective Action Form

Employee Name: ~~Joe~~ Henry Gonzalez          Date of Warning: 8/24/07

Branch 630

Type of Violation (circle) Attendance  Safety  Dishonesty/Theft  Carelessness  Tardiness
Insubordination  (Work Quality)  Drug/Alcohol

Violation Date: 8/20/07   Violation Time: _____   Place: _____

**Company Statement:** Henry is Continuously not paying attention to Detail. His Install paperwork continues to miss, Acct info, serial #, rack Reading or Address, causing us to have to go back.
- Henry continous to commit dates or info to customers after he was instructed to refer customers to office or their sales person.
- Henry is a very good employee, but sometimes moves to fast and misses important Details.

**Employee Statement:**
☑ I agree with Statement
☐ I disagree with Statement for the following reasons:

Employee Signature: _____
Date: 9-17-2007

**Warning Decision**

Henry must become more consistent with his paperwork and pay more attention to details on all his tasks. Henry must refer all Install questions or issues to the office or sales person. Henry must call his supvisor after every Job to recap.

Approved by: Samuel Villanueva      Title: GE Mgr.      Date:

**Previous Warnings:**

Date: _____
V/W _____

Date: _____
V/W _____

I have read this "warning decision" and understand it.

Employee Signature      Date

Supervisor's Signature      Date

Follow-Up Date: _____

To Be Removed in 6months or less if no other issues

FROM :AUTO CHLOR                    FAX NO. :5162930243              Dec. 11 2006 09:42AM  P1

PAGE#2

Auto-Chlor
SYSTEM

# Corrective Action Form

**Employee Name:** Jose Henry Gonzalez          **Date of Warning:** _____

**Branch** 638

**Type of Violation (circle)** Attendance  Safety  Dishonesty/Theft  (Carelessness)  Tardiness
Insubordination  (Work Quality)  Drug/Alcohol

**Violation Date:** 9          **Violation Time:** _____          **Place:** _____

**Company Statement:** New Customer accused Henrey of having a bad attitude and arguing with his employee's. Henrey has cost the company time and effort by not taking his time & following Instructions If he doesn't understand he must Ask. He must not give his opinion to Customers but refer them to SAles or management.

**Employee Statement:**
☐ I agree with Statement
☐ I disagree with Statement for the following reasons:

**Employee Signature:** _____
**Date:** _____

**Warning Decision**

Henrey must understand that the customer's pay our salaries & we are a service company. He must learn to Slow down & listen to instructions. Any other issues will result in further Disciplinary action

**Approved by:** SAmuel VillAnuevA   **Title:** Branch Mgr **Date:** _____

**Previous Warnings:**

Date: _____
V/W _____

Date: _____
V/W _____

**I have read this "warning decision" and understand it.**

Employee Signature                                        Date

Supervisor's Signature                                   Date

**Follow-Up Date:** _____

*Auto-Chlor*
SYSTEM

# Corrective Action Form

Employee Name: _Jose Henry Ganzalez_          Date of Warning: _7/2/08_
                                              _Written_
Branch _630_

---

Type of Violation ( circle) Attendance  Safety  Dishonesty/Theft  Carelessness  Tardiness
Insubordination  Work Quality  Drug/Alcohol

Violation Date: _6/14/05_  Violation Time: _3pm 8am_          Place: _____
               _7/2/08_

---

**Company Statement:** Henry Continues
to ignore the times set with
customers for Installs. On
several occassions he has been
Instructed to pay attention
to the start times posted on
the install Board, but he continues
to ignore it & fails to meet
appointments set by the office

**Employee Statement:**
☐ I agree with Statement
☐ I disagree with Statement for the
following reasons:

Employee Signature: _____
Date: _____

---

**Warning Decision**
Henry must begin to pay attention to start times set on
the Board by the office, if for any reason he can not meet an
appointment set by office he must contact the mgr ASAP.
Approved by: _Samuel Villanueva_   Title: _BR MGR_   Date: _7/2/08_

---

**Previous Warnings:**

Date: _5/1/08_
V/W _____

Date: _6/14/08_
V/W _____

**I have read this "warning decision" and understand it.**

Employee Signature _____                          Date

Supervisor's Signature _____                      Date _9/2/08_

Follow-Up Date: _____

# EMPLOYEE FACT FINDING SHEET

8/20/07   I spoke to Henry 3 previous times about writing his Daily tasks as well as any duties I assign to him down because he has proven that he can not follow them Correctly. He continues to perform the wrong duties. Today Lokal was supposed to be Installed @ 8am I instructed Henry on friday to rebuild a A4 He rebuilt a U34, so they did not show up to the acct till 12pm. I told Henry on that same friday not to commit to any customer any future dates or sales related information, but just refer them to the ~~acct~~ office or their salesperson. That very day he told A customer Install we would be back on Mon. 8/20/07, but we could not because we had to be @ Lokal @ 8am (full day). Customer called Ruben upset looking for Henry.
★ Henry also continues to forget to enter Rack Reading, Serial #, or model # on Customer Service Report He is not paying attention to detail.

# EMPLOYEE FACT FINDING SHEET

11.19.08 - This Wed. Morning Henry called to state that he left his hand truck at an acct from the day before. When I told him that was inconvenient, he ~~today stated~~ t because we have 2 install Jobs scheduled & the first started @ 8am. He responded by saying he called Giulio & changed the start time d that he couldn't do 2 Jobs today or for the next 2 wks because he has company over his house that he is entertaining. I told him he does not know if he will be able to complete both Jobs in 8 hrs but in any event we will try. He told me I don't know anything about Installing to ask mike Brizada & that it can't be done.

· 11/26/08 This morning Henry was given 2 R + R's
1. Nick's Pizzeria was D/o only @ 8 am &
2. Juliette's - an install - in AJ. I told Henry he had to do the D/o 1st & then the Install. Henry went to the Install first. When I called Henry to ask why, because the customer & salesman was on site waiting he barked back at me saying I never told him & there is nothing he could do now because he started the install & it was a very big Job that will take all day.