Richard Keating

466 rockaway parkway Apt 5D


To whom it may concern

 I Richard Keating employee for auto-chlor branch 6:30 system of Apr 12 2012 is handing in my resignation. Thank you for the opportunity for working with you for the past ten years, if any question please  contact me at (347)4763306.


Yours truly

Richard Keating

**EMPLOYEE INFORMATION SHEET**

OCT 0 5 2001
~~AUG 2 3 2001~~

#1381

Richard Keating

NAME

510 E 20th St Apt. 8H

HOME ADDRESS

NYC, NY, 10009

CITY/STATE/ZIP

212  477-1052

HOME TELEPHONE NUMBER

718  529 0801

EMERGENCY CONTACT/PHONE #

_____

PHYSICIAN/PHONE NUMBER

SEND TO CORPORATE OFFICE:

SOCIAL SECURITY NUMBER

03 104 64

DATE OF BIRTH

299483542      NY

DRIVER'S LICENSE # /STATE

12/89   Hired from Basic Company

DATE OF HIRE   Hired by Auto-Chlor System

8/5/01  9-24-01  16.25,

RATE OF PAY/FULL TIME/PART TIME

630     Route

BRANCH # /POSITION

|  | EMPLOYEE INITIAL | MGR INITIAL | SENT TO CORPORATE |
|---|---|---|---|
| W-4 FEDERAL/STATE | ___ | ___ | ___ |
| EMPLOYMENT AGREEMENT | ___ | ___ | ___ |
| INSURANCE ENROLLMENT FORM: | ___ | ___ | ___ |
|    A. WANTS COVERAGE | ___ | ___ | ___ |
|    B. DECLINES COVERAGE | ___ | ___ | ___ |
| LONG TERM DISABILITY FORM | ___ | ___ | ___ |
| 1-9 IMMIGRATION FORM | ___ | ___ | ___ |
| EMPLOYEE INFO SHEET | ___ | ___ | ___ |
| SIGN PAGE FROM EMP MANUAL | ___ | ___ | ___ |
| SAVINGS FORM | ___ | ___ | ___ |
| DIRECT DEPOSIT AUTH. FORM | ___ | ___ | ___ |
| BENEFIT ENHANCER FORM | ___ | ___ | ___ |

| PROPERTY INFORMATION: | *ISSUED | **RETURNED |
|---|---|---|
| GAS CREDIT CARD # | ___ | ___ |
| PHONE CREDIT CD # | ___ | ___ |
| BUILDING KEY | ___ | ___ |
| VEHICLE KEY | ___ | ___ |



SYSTEM

Commercial Dishwashing & Laundry Service

## STATEMENT OF AWARENESS

## THIS STATEMENT OF AWARENESS SHOULD BE READ CAREFULLY BEFORE SIGNING

I have read and fully understand the rules and policies described in this handbook and I understand that they may be changed by the Company at any time without prior notice to me. I understand that any changes in the rules and policies will be in writing. I understand that any violation or deviation from the Company's rules and policies by me is a serious matter and may result in disciplinary action, including discharge. I agree to conform to the rules and policies of the Company.

I understand that, although certain of the Company's rules and policies specifically provide for discharge in the event of violation, the circumstances under which I may be discharged are not limited to failure to comply with those or any other rules or policies contained in this handbook. I understand that my employment by the Company can be terminated with or without cause and with or without notice, at any time, at my option or at the option of the Company. I understand that no manager or representative of the Company other than its Chief Executive officer has any authority to enter into any agreement with me for employment not covered in the provisions of this Statement of Awareness. I understand that no manager or representative of the Company other than the Chief Executive Officer (or such persons as might be designed) has any authority to alter or amend the Company's rules and policies. I understand that no rule or policy can be changed orally and that all changes, if any, must be in writing.

_Richard Keating_
(Name)

_Aug 13 2001_
(Date)

_[signature]_
(Signature)

_630_
(Location and Department)

Auto-Chlor
SYSTEM

# Corrective Action Form

| | |
|---|---|
| Employee Name: Richard Keating | Date of Warning: 7.27.11 |
| Branch 630 | |

Type of Violation ( circle) Attendance  Safety  (Dishonesty/Theft)  Carelessness  Tardiness
(Insubordination)  Work Quality  Drug/Alcohol

Violation Date: 6|2|11  6|24|11  7|26|11    Violation Time: _____    Place: MR. Tong

**Company Statement:**

See ATTachment

**Employee Statement:**
☐ I agree with Statement
☐ I disagree with Statement for the following reasons:

Employee Signature: X _____
Date: 7.27.11

**Warning Decision**

Richie will be suspended for 3 days w/o pay.

Approved by: S. Villanueva        Title: Br Mgr    Date: 7.27.11

**Previous Warnings:**

Date: 6|24|11
(V)/W _____

Date: 6|28|11
V/(W) _____

I have read this "warning decision" and understand it.

Richard Keating
Employee Signature                              7|27|11
                                                Date

Supervisor's Signature                         7.27.11
                                                Date

Follow-Up Date: _____

7-27-11

Richie was given a service call to replace motor inlet line on an A4 at Mr Tong's in Queens on 6/2/11. He submitted a service report saying that he replaced the pipe. The next route day 6/24/11 the driver called me saying that the customer is very upset that he has had the same problem for another month. When I asked Richie what happened and why didn't he notify me that he did not replace the pipe, he said it wasn't leaking. I sent Richie back to the customer to replace the pipe on 6/24/11 and made it very clear that it was unacceptable that the job was not done and even more disturbing that he didn't communicate with me. On 7/26/11 the Route driver stated to me that the customer refused to pay his invoice and was very upset at the fact that we still had not fixed the leak on his machine. I disagreed with the driver saying that the pipe was replaced last month and that he and the customer must be mistaken. The driver assured me it was not replaced and that he had patched it temporarily. When Mike and I questioned Richie he stated that the job could not be done with out plumbing work. He said several times that there were several drain pipes in the way that needed to be cut out to complete the repair. When we asked why he didn't communicate this information last month he had no answer. Mike and I went to the account and replaced the pipe in 12 min without any plumbing work. The drain pipe that was in the way had a rubber T coupling that was easily removed. Richie did not complete a given task and falsified company a document saying he did complete the task. He also failed to notify the company that the job was not done and that he felt it need plumbing work until he was approached. Richie put the relationship with the customer and the company at risk which is unacceptable.

*Final Written Warning*

Auto-Chlor
SYSTEM

# Corrective Action Form

**Employee Name:** Richard Keating          **Date of Warning:** 6/30/11

**Branch** 630

---

**Type of Violation** ( circle) Attendance  Safety  Dishonesty/Theft  Carelessness  Tardiness
Insubordination  Work Quality  Drug/Alcohol

**Violation Date:** 6/28/11  **Violation Time:** afternoon  **Place:** In the Field

---

**Company Statement:** I called Richie upon 6/28/11 & he told me he was in front of Best pizza to service the account. The next day 6/29/11 the customer calls up upset saying No one has been @ his rest. to fix his Disposer. When I asked Richie he said he left the place w/o going in.

**Employee Statement:**
☐ I agree with Statement
☐ I disagree with Statement for the following reasons:

**Employee Signature:**
**Date:**

---

**Warning Decision**

I don't know why Richie took it upon himself not to complete the Service call, But he continues to withold information from management and make management decisions. If this continues Richie will be terminated

**Approved by:** Samuel Villanueva  **Title:** BR Mgr  **Date:** 6-29-11

---

**Previous Warnings:**

Date: _____
V/W _____

Date: _____
V/W _____

---

I have read this "warning decision" and understand it

Employee Signature                    Date

Supervisor's Signature                Date

---

Follow-Up Date: _____



# Corrective Action Form

| | |
|---|---|
| **Employee Name** | **Date of Warning:**_ |
| Richard Keating | 10-4-10 |
| **Branch_630** | |

**Type of Violation** ( circle) Attendance  Safety  Dishonesty/Theft  Carelessness  Tardiness
Insubordination  Work Quality  Drug/Alcohol

**Violation Date:**_ 10-1-10__  **Violation Time:**_ _____  **Place:**_____

**Company Statement:**
See attachment

**Employee Statement:**
☐ **I agree with Statement**
☐ **I disagree with Statement for the following reasons:**

**Employee Signature:**_____
**Date:**_____

### Warning Decision
This is a Final Written warning. Rich's ability to complete a task effectively is poor. His disorganization and carelessness is unacceptable. Rich must complete the calls effectively or ask for help. Rich must keep his new tools, van and uniforms organized and clean as best as possible.
Approved by: S.Villanueva          Title:  Branch MGR          Date: 10-4-10

**Previous Warnings:**

Date: __9-10-10_____
V/W_____


Date:_____
V/W_____

I have read this "warning decision" and understand it.

_____
Employee Signature                                    Date

_____
Supervisor's Signature                                Date  10.4.10

**Follow-Up Date:**_____

10-4-10

Company Statement:

Rich was sent to Sandoony to repair a laundry dispenser in which chemicals were not pumping. He reported that the job was complete. Several days later the sales person called me saying that chemicals are still not dispensing. I went and found 3 out of the 4 dispensers were not dispensing chemicals. 2 of them had obvious leaks that had been going on for quiet some time. Richie has been to La Gamin several times now for a leak. They called again today saying it is still leaking. Rich was sent to 12th st bar to repair any and all issues they had with their machine. After the 1st visit he reported they needed some parts. He returned with the parts and when asked by me said the job was complete and working properly. The customer called twice over the weekend upset saying the machine is still not working. Rich was given tools, which he told me he never received. He was given new uniforms, which were found by me, already dirty thrown in the back of the van.

Charles removed all the DW & chemical parts from the Ford van at that time he noticed several tools and parts that Rich said we did not have. Charles found approx. over $2500 in parts buried in dirt and grease inside of Rich's van. Charles also found his pay stubs and passport in the van.

*Verbal*
*Written Warning*
*not a write up*

*Auto-Chlor*
SYSTEM

# Corrective Action Form

**Employee Name**                    **Date of Warning:**_
Richard Keating                            9-10-10
**Branch_630**

---

**Type of Violation** ( circle) Attendance  Safety  Dishonesty/Theft  Carelessness  Tardiness
Insubordination  Work Quality  Drug/Alcohol

**Violation Date:**_ 9-9-10__   **Violation Time:**_ _____   **Place:**_____

---

**Company Statement:**
Richard was asked on several different occasions to perform several tasks in the course of a day. On multiple occasions Richard has not completed these task in the time allotted. On 9-9-10, I asked Richie to rebuild a UC34, re-install a motor to a CMA180, remove motors from the floor & to move several machines from the back of the warehouse. Only the CMA motor was done. Richie's productivity is very little.

**Employee Statement:**
☐ I agree with Statement
☐ I disagree with Statement for the following reasons:

**Employee Signature:** _____
**Date:**____9/10/10____

---

### Warning Decision
This is a only a verbal warning. Richard's productivity must improve. Richard must begin to complete the daily tasks assigned to him in a timely manner. I should not have to ask several times to complete the same task.

Approved by: S.Villanueva          Title:  Branch MGR          Date: 9-10-10

---

**Previous Warnings:**

Date: _____
V/W_____


Date:_____
V/W_____

**I have read this "warning decision" and understand it.**

Employee Signature                          Date
                                         9.10.10
Supervisor's Signature                      Date

**Follow-Up Date:**_____

Auto-Chlor
SYSTEM

# Corrective Action Form

Employee Name _Richard Keating_   Date of Warning:_ 1.29 ;10_

Branch_ 630_

Type of Violation ( circle) Attendance   Safety   Dishonesty/Theft   Carelessness   Tardiness
(Insubordination)   Work Quality   Drug/Alcohol

Violation Date:_ 1.28.10_   Violation Time:_ 9⁰⁰ Am_   Place:_ BR 630_

**Company Statement:** Richard
Called me on 1/28/10 Asking
for a Day off I did not approve it
because of the work load & recent
absences. Richard continued to
Ask me to do him a favor
but I explained I could not.
Richard did not Report to
work.

**Employee Statement:**
  I agree with Statement
  I disagree with Statement for the
following reasons:

Employee Signature:_ Richard Keating_
Date:_ 1/29/10_

Warning Decision
Richard Did not Report to work, he has had several
absences this month & will be suspended

Approved by:   Title:   Date:
S. Villanueva   BR Mgr   1.29.10

**Previous Warnings:**

Date:_____
V/W_____

Date:_____
V/W_____

**I have read this "warning decision" and understand it.**

Employee Signature   Date

Supervisor's Signature   Date   1.29.10

**Follow-Up Date:**_____



# Corrective Action Form

| Employee Name | Date of Warning:_ |
|---|---|
| Richard Keating | 11-24-09 |
| Branch_630 | |

**Type of Violation** ( circle) Attendance  Safety  Dishonesty/Theft  Carelessness  Tardiness
Insubordination  Work Quality  Drug/Alcohol

**Violation Date:_** 11-18-09__  **Violation Time:_** 5pm  **Place:** Branch

**Company Statement:**
Richard has been warned & written up before for not communicating when he is assigned a job and it is not completed for any reason. On wed. 11-18-09, I asked Richie to pick up money or shut off Totores after 4pm. He called me to say that they were closed at that time, so I asked him to return to the shop & post the R+R on the board so the tech oncall can go later that night. When he returned that night Richie did not post the R+R nor did he call me to inform me that the tech on call had left the shop without his copy of the R+R.

**Employee Statement:**
☐ I agree with Statement
☐ I disagree with Statement for the following reasons:

**Employee Signature:**_____
**Date:**_____

### Warning Decision
This is a Final Written Warning, Richard must understand the importance of communicating with his supervisor in order to provide the service needed to our customers. If this continues Richard will be terminated.

Approved by: S.Villanueva        Title:  Branch MGR        Date: 11-24-09

**Previous Warnings:**

Date: _9-17-07_____
V/W_____

Date:_7-18-08_____
V/W_____

I have read this "warning decision" and understand it.
Employee Signature                                    Date
11.24.09

Supervisor's Signature                                Date
1.24.09

**Follow-Up Date:**_____

*Auto-Chlor*
SYSTEM

# Corrective Action Form

**Employee Name** Richard Keating

**Branch** 630

**Date of Warning:** 12/16/08

---

**Type of Violation** ( circle) Attendance  Safety  Dishonesty/Theft  Carelessness  Tardiness
Insubordination ( Work Quality ) Drug/Alcohol

**Violation Date:** 12/15/08  **Violation Time:** 5³⁰ pm  **Place:** _____

---

**Company Statement:** Richard Continues to want to disregard alter directions given to him by Br. Mgr. He continues to contribute to the disorganization of the shop by not placing things where they belong. Start time is 9 Am unless specified. You must punch in & check in for daily task After punch in

**Employee Statement:**
　　I agree with Statement
　　I disagree with Statement for the following reasons:

**Employee Signature:** _____
**Date:** _____

---

**Warning Decision**

There must be immediate improvement with all points mentioned above or it will lead to suspension or termination.

**Approved by:** Samuel Villanueva  **Title:** BR MGR  **Date:** 12/16/08

---

**Previous Warnings:**

Date: _____
V/W _____

Date: _____
V/W _____

**I have read this "warning decision" and understand it.**

Employee Signature _____ Date 12/16/08

Supervisor's Signature _____ Date

**Follow-Up Date:** _____

FROM :AUTO CHLOR                    FAX NO. :5162930243              Dec. 11 2006 09:42AM  P1

*Auto-Chlor*
SYSTEM

# Corrective Action Form

**Employee Name:** Richard Keahey            **Date of Warning:** _____

**Branch** 630

**Type of Violation ( circle)** Attendance  Safety  Dishonesty/Theft  Carelessness  Tardiness
Insubordination  Work Quality  Drug/Alcohol

**Violation Date:** 7/18/08  **Violation Time:** _____  **Place:** _____

**Company Statement:**
Richard did not inform
me that he wanted 7/18/8
off as a personal Day. He
states that he spoke w/ the
Ops mgr. who states he told
Richie to get w/ bottom me.
Richie never spoke to me. Richie
then committed to coming in
on Sunday to work in the ship.
Work was not done.

**Employee Statement:**
☐ I agree with Statement
☐ I disagree with Statement for the
following reasons:

**Employee Signature:** _____
**Date:** _____

**Warning Decision**
Richie will be suspended for two days w/o pay.
If Richie's performance issues continue it will lead to
termination.

**Approved by:** Samuel Villanueva  **Title:** Branch Mgr  **Date:** _____

**Previous Warnings:**

**Date:** 9/17/07
V/W _____

**Date:** _____
V/W _____

I have read this "warning decision" and understand it.

_____
Employee Signature                    Date

_____
Supervisor's Signature                Date

**Follow-Up Date:** _____

## EMPLOYEE FACT FINDING SHEET

6/24/11 - Driver called on Route about MR Tong (cust # 956) having a leak for over a month. I realled I dispatched that call to Richie over a month ago. When I asked Richie about replacing the part, he said he did goto the call but he patched the hole & didn't replace the part. When I asked him why he did not give an answer.

6.29.11 - Richie did not go to a service call that he was givin on 6.28.11 (Best Pizza). Customer called upset on 6.29.11 saying he called & no one has responded. When I asked Richie what happened he said he was double parked but he left for another call.

10/6/11 Richie was Given two calls on 10/3/11 or 10/4/11. On 10/5/11 Richie called out sick he has not returned to work since. On 10/11/11 both customers called upset & complaining that the tech was supposed to return w/ parts. Richie never notified me, Eventhough he has called & spoken to me on several occasions.

## EMPLOYEE FACT FINDING SHEET

5.25.11   We continue to have to go back to accounts that Richie had just recently performed service on. He also continues to miss diagnose service calls add additional cost + waste of time. Richie is back to forgetting to report the issues that may be outstanding at accounts with service calls. (eg: signature, Branded) (La Norteña)

5.25.11   Glass Store called saying they placed a service call on 5.23.11 & no one has come to service the acct. Richie stated that he went & if it was a 2 man Job. I asked Richie what time he went he stated 11 AM & he was Double Parked & he didn't see anyone. Customer said he was laying & he never went.

6.6.11   Richie was in a 2nd accident yesterday in 4 days. Both Seem to have been avoidable Richie called me saying he side swiped someone on the BQE on Friday 6.3.11. The person didn't want to wait for Police Report so they settled on $150 paid out by Richie. Yesterday Richie was hit by a car coming out of the Parking Lot.

## EMPLOYEE FACT FINDING SHEET

On 4.26.11 Richie was given a service call around 4 PM for machine tripping Breaker at Limon in Bk. He called me around 9³⁰ pm saying he had been at the stop since 4 pm and couldn't repair the machine. I attempted to troubleshoot over the phone but it was to difficult. I arrived the Limon around 10³⁰ and noticed a burnt wire on the on/off switch. I repaired the wire & replaced the timer that Richie had just replaced because it did not work. The machine was repaired in 15 min. I believe Richie Can not see well.

5.9.11 The utility van that Richie is allowed to take home was towed for 4 unpaid tickets - 2 were red lights, 1 was no Night parking & one meter. I asked Richie were was it towed from he Originally stated from the lot were its kept over night. When I asked him again from the marshel's office he said he left it outside the lot over night & it was towed.

# EMPLOYEE FACT FINDING SHEET

1.28.10 Richie called me @ 6ᵃᵐ asking to give him a day off for a funeral in CT for his kids. I told him that I couldn't give him the day off, that we have to many jobs scheduled today as well as he has had several lost day recently, he continued to ask ~~them~~ me to do him a favor. I declined.

1.29.10 Richie did not show up to work yesterday the 28th After I did not approve a day off.

9.22.10 Richie was told by Mike Bugiada to change the rinse motor @ Dallas BBQ But Richie did not. We had to send him again the next day.

9.23.10 I sent Richie to laundomy on Friday 9.17.10 to check the dispenser for laundry, he went & found the acct closed. He did not notify me. I found out on 9.22.10 from the Sales person that the call was not done.

# EMPLOYEE FACT FINDING SHEET

11.25.08 Richie was given a service call to Seo son dae he went to a different account. Richie was given the R+R by Bashti & he left it at the office He told no one until the next day.

11.24.09 Richie is continuing his lack of communication Last week I gave him an R+K to go to totores after 4pm to p/u money or shut off when he went he said acct was closed I asked him to return to shop & post the R+K on the board for the oncall tech to go later at night. The next day the tech did not go because Richie did not post the R+R or call the tech to give him the info.

1.14.10 Richie had an operation on his eye on 1/12/10 which he had an excused absence. He said he would be into work on the 1/13/10, but he did not come in, instead he had his wife call in to say he was not coming in on both the 13th & again on the 14th. Rich Returned to work on the 15th

## EMPLOYEE FACT FINDING SHEET

7/21/08 — on FRiday 7/18 — Richie did not show up to work & did not call. I asked Sergio if he knew why Richie was not at work and he stated that Richie asked him for that day off, but Sergio instructed him to talk to me to request the day off, he never did

11·18·08 Richie's Performance is slowing Down. He now needs half a day to perform service calls that should take an hour or two. He takes all day to rebuild 1 single machine that needs minimal work. He continues to fail to notify the office & myself when he is given a task & fails to complete it.

11·21·08 Richie was sent to Bristol's of Lynbrook on two separate occasions in the last 3 to 4 wks. One time for the Rinse & the other because the Glasses were still spotty so he was to titrate & adjust MPS accordingly. He reported all was well. Mike & I went 11·20·08 & found the Rinse was not pumping & there wasn't enough MPS going in & also that there was a large amount of Calcium Build up due to hard water & that was causing a large amount of the spotting

2001  08:20   650-949-4185                    AUTO CHLOR SYS CORP                    PAGE  02

## SERVICE REVIEW
THE FOUNDATION OF OUR COMPANY

| Steps to High Quality Service | Comments |
|---|---|
| Vehicle loaded properly, safe driving, parking. | Drives safely. Truck organized. |
| Enter account with route history, tools, parts, chemicals and a great attitude. Learn everyone's name. Briefly greet the owner, manager or key personnel. | Appears to have friendly relationship with most customers. Usually brings tools into place. |
| Inspect dishes, glasses, cups and tableware. | Sometimes, should review results more often and in front of customer. |
| Inspect equipment and make necessary adjustments and repairs. Check doors and operating system, drain solenoid, plunger and chain, round screen, spray nozzles, end caps, bearings, tray rail, chemical pumps, straws and tubing, water supply line, motor vents, wash, drain, flush, fill and rinse timing, timer box, wall charts, "nsf" and "property of" stickers. Run a load and check results. Capture chemicals. Check fill level. | Carrying out a preventive maintenance program. Needs to measure chemical levels, run racks and check results. |
| Thoroughly clean (inside & out) of the machine. Polish outside of machine. | Machines are clean + maintained. |
| Inventory products and restock to par levels. Check for chemical overusage. | ok |
| Look for new sales opportunities. | Needs to look for and ask for hand sales |
| Prepare the sales and or service invoice. Do not total when sales opportunities exist. | ok |
| Document all service performed on the service report. | ok |
| Merchandise all services performed with the owner/manager. Bring the customer to the machine, review procedures, explain service performed. Promote additional products. | Needs to make owner and manager aware of all the good service he is doing for them. Already does some of this |
| Complete sales invoice (adding additional products.) | ok |
| Collect money or follow approved credit procedures. | Collected money in professional manner |
| Shake the customer's hand and tell them how much you appreciate their business. | Remember to thank them for their business - make it personal, it is how you make your living. |

General Comments:

Improved overall since my last ride along. Interacts much more with customers and is giving better service. Needs to work on reviewing results and developing hand sales.

Note: Compare service to "Steps to Successful Service" found on pages 27-32 of the Operating Plan.

Routeperson: __Richard Keating__   Period: ____ Day: ____ Date: 8/22/02

Management: __E Ivy__
Copy to:

Routeperson ____          Route Supervisor ____
Branch Mgr. ____          Regional Mgr. ____
Regional VP ____          President ____
Corporate Personnel File ____



*Auto-Chlor*
S Y S T E M

# Employee Performance Development Review
# 2007

**Employee Name:** Richard Keating

**Date:** 9/17/2007

**Position:** Rebuilder/ Service Tech

**Date of Hire:** 9/24/2001

**Manager:** Samuel Villanueva

**Branch:630**

# Appraisal Factors:

Please rate all employees using the following rating scale. Top value: 120 points.
Ratings should be done on the decimal system

| 5=Outstanding | 4=Superior | 3=Satisfactory | 2=Needs Improvement | 1=Unacceptable |
|---|---|---|---|---|
| Superior performance obvious to all. | Frequently exceeds standards. | Meets expectations. Occasionally meets or fails goals. | Meets some but not all standards. Improvement is required. | Does not meet standards. Improvement is needed. |

### Knowledge of Job:

| 4 |

Rich is by far the most capable of my team.

### Product/Equipment Knowledge

| 4 |

Rich is very familiar with all ACS equipment and is a resource for his peers.

### Quantity of Work

| 3 |

Rich continues to be a very supportive member of the branch. He will do whatever is asked to get the job done.

### Quality of Work

| 2 |

Rich has had issues with quality and appearance of rebuilt machines. Rich plays a vital role as the rebuilder, the equipment he works on will be the first experience new customers will have with ACS equipment.

### Time Management/Planning

| 3 |

Rich is productive with the time allotted.

### Safety: Were all safety guidelines followed? Employee make any suggestions in regards to safety? Review DMV

| 3 |

Rich follows all safety regulations.

**Attitude:**

| 3 |

Rich has a positive attitude and is not resistant to change

**Persistence:**

| 3 |

Rich may have a tendency to give up before exhausting all options on installs.

**Attendance:**

| 2 |        Days Absent:   | 10 |
          Late:        |        |

Rich has been absent from work to frequently for his key role, the absences seem to fall on Mondays or Fridays. Rich fails to notify his supervisor personally when he will not be at work he continues to rel:y messages thru others.

**Judgment:**

| 3 |

Rich is probably the most experience tech and makes decisions accordingly.

**Initiative:**

| 3 |

Rich frequently helps his peers and myself without being asked and often takes on task: that have not been assigned to him.

**Cleanliness/Organization/Housekeeping:**

| 2 |

Rich needs to improve on the cleanliness and appearance of his vans and the equipment he rebuilds.

**Cooperation/Teamwork:**

| 4 |

Rich is frequently the resource for his peers and the branch.

**Customer Service:**

| 3 |

Rich has the customer's interest in mind during service calls performed.

**Customer Relations:**

| 3 |

Rich has good relationships with ACS customers.

**Appearance:**

| 3 |

Rich wears safety shoes and ACS uniforms at all times.

**Install Planning Coordination:**

| 3 |

**A/R Management:**

| 2 |

The Branch A/R to charge is 153% vs the company avg 111%. Everyone most do their part to help drive this measure down.

**Collection:**

> [ 2 ]
> The Branch A/R over 30 days is 48% vs the company avg 36%. Everyone must improve on the collection of their routes, ASAP.

**Follow Through:**

> [ 2 ]
> Rich frequently forgets to notify me of tasks assigned to him, but not completed. He also commits to weekend work and does not report to work.

**Administration Work:**

> [ 3 ] 3
> Rich must complete all paperwork correctly for processing in a timely manner.

**Sales Results:**

> [ N/A ]

**Sales Effort:**

> [ N/A ]

**Cost Control:**

> [ 3 ]
> Rich is very mindful of the branch's costs in regards to part and tool needs. Rich needs to min. the amount of unused parts stored in his van.

**Total Points Earned:** [ 63 ]
(Maximum Amount Possible: 120)

**Performance Summary:**

> Rich is a great ACS employee with a wealth of knowledge that he utilizes to support the Branch.

**Goals for Next Performance Review:**

> **Rich must improve on his attendance (reduce absences, notify supervisor directly), he must improve on his ability to follow through & his reliability, and along with everyone in the Branch, Rich must help drive the A/R # down through persistent collections.**

**Employee Comments:**

*I will try to improve whatever it takes to get the job done*

**Acknowledgements:**

| | | Date | |
|---|---|---|---|
| Employee: | *signature* | Date: | 10/8/07 |
| Managers: | *signature* | Date: | 10/8/07 |
| Human Resources: | | Date: | |

09/25/2001  08:10   7182915916          AUTOCHLOR                    PAGE  01



ATTN:        CORPORATE OFFICE
             PAYROLL DEPARTMENT

FROM:        _Ed Ivy_

BRANCH:      _630_

DATE:        _9/25/01_

RE:          PAY INCREASE

EMPLOYEE:    _Richard Keating_

CURRENT SALARY:

INCREASE:                         PER PERIOD        OCT 0 5 2001

SALARY AFTER INCREASE:

                                                    16.25
EFFECTIVE DATE:   _Begins on Auto-Chlor payroll on 9/24/01_

OTHER SALARY CHANGES:   _Salary is flat 2600°° per 4 week_
_Period._


ORIGINAL TO CORPORATE OFFICE
COPY FOR BRANCH FILE

110 First Street, Suite #201, Los Altos, CA 94022 • (650) 949-3383 • FAX (650) 949-4185

01/11/2002  11:32    201-440-3856                 AUTO CHLOR                        PAGE  01
                                                                                    P. 1



**ATTN:**          CORPORATE OFFICE
                   PAYROLL DEPARTMENT

**FROM:**          *Ed Ivy*

**BRANCH:**        630

**DATE:**          1/11/02

**RE:**            PAY INCREASE

**EMPLOYEE:**      *Richard Keating*

**CURRENT SALARY:** _____

**INCREASE:** _____ **PER PERIOD**

**SALARY AFTER INCREASE:** BASE 1520.00   9.50 per 4 week period

**EFFECTIVE DATE:** 12/13/01              JAN 1 1 2002

**OTHER SALARY CHANGES:** _____

_____

_____

ORIGINAL TO CORPORATE OFFICE
COPY FOR BRANCH FILE

110 First Street, Suite #201, Los Altos, CA 94022 • (650) 949-3383 • FAX (650) 949-4185

01/28/2002  14:21     201-440-3856              AUTO CHLOR                        PAGE  02



**SYSTEM**

Commercial Dishwashing & Laundry Service

ATTN:        **CORPORATE OFFICE**
             **PAYROLL DEPARTMENT**

FROM:        Ed Ivy

BRANCH:      630

DATE:        1 | 28 | 02

RE:          PAY INCREASE

EMPLOYEE:

                                          JAN 2 8 2002

CURRENT SALARY:                                                    Base per
                                                                  4 week per
                              5.50  Seen Chong                     880.00
INCREASE:               PER PERIOD
                              4.8750 John Colosimo                 780.00

SALARY AFTER INCREASE:        10.4688 Richard Keating             1675.00

EFFECTIVE DATE:          1 | 14 | 02

OTHER SALARY CHANGES:

SALARY A                                               ...ing

ORIGINAL TO CORPORATE OFFICE
COPY FOR BRANCH FILE

110 First Street, Suite #201, Los Altos, CA 94022 • (650) 949-3363 • FAX (650) 949-4185

07/26/2002   20:32     7182915916                 AUTOCHLOR                          PAGE  01
                                                                                     P. 1



ATTN:          CORPORATE OFFICE
               PAYROLL DEPARTMENT

FROM:          Ed Ivy

BRANCH:        630

DATE:          7/29/02

RE:            PAY INCREASE

EMPLOYEE:      Richard Kenting

CURRENT SALARY:     Base  1525 per period (4 weeks) 1675.01
                                                    Now gets

INCREASE:      (-150)          PER PERIOD

SALARY AFTER INCREASE:     1525.01 per    9.5313

EFFECTIVE DATE:     7/15/02          JUL 2 9 2002

OTHER SALARY CHANGES: _____

_____

_____

ORIGINAL TO CORPORATE OFFICE
COPY FOR BRANCH FILE

110 First Street, Suite #201, Los Altos, CA 94022 • (650) 949-3353 • FAX (650) 949-4196



**ATTN:**  CORPORATE OFFICE
PAYROLL DEPARTMENT

**FROM:**  Tony Courezilo      C7s

**BRANCH:**  C7o

**DATE:**  11/07/02

**RE:**  PAY INCREASE

**EMPLOYEE:**  Richard Keating

**CURRENT SALARY:**

**INCREASE:** _____ **PER PERIOD**          NOV 1 4 2002

**SALARY AFTER INCREASE:**  37,000 por year Flat   17.7885

**EFFECTIVE DATE:**  11/04/02

**OTHER SALARY CHANGES:**          OPS MGR

ORIGINAL TO CORPORATE OFFICE
COPY FOR BRANCH FILE

110 First Street, Suite #001, Los Altos, CA 94022 • (650) 949-8000 • FAX (650) 949-4185

01/02/2004  22:38   7182915916          AUTOCHLOR                    PAGE  01

**ATTN:**          CORPORATE OFFICE
                   PAYROLL DEPARTMENT

**FROM:**          630   Tony Courerro

**BRANCH:**        630

**DATE:**          1/5/04

**RE:**            PAY INCREASE

**EMPLOYEE:**      Richard Keating

**CURRENT SALARY:**   37,000

**INCREASE:**      3%     85.33     **PER PERIOD**

                                                    JAN 0 9 2004

**SALARY AFTER INCREASE:**   38,110.04   (2931.54) per period

**EFFECTIVE DATE:**   1/1/04   10/29/03        18.322.1

**OTHER SALARY CHANGES:**   Plus Manager Bonus

ORIGINAL TO CORPORATE OFFICE
COPY FOR BRANCH FILE.

110 First Street, Suite 0301, Los Altos, CA 94022 • (650) 949-2355 • FAX (650) 949-4188

ATTN:        CORPORATE OFFICE
             PAYROLL DEPARTMENT

FROM:        Tony Loureiro

BRANCH:            630

DATE:        12/30/2004

RE:          PAY CHANGE

EMPLOYEE:    Richie Keating

CURRENT SALARY:    38,110  +  Bonus

CHANGE:            2100              PER PERIOD

SALARY AFTER CHANGE:

EFFECTIVE DATE:        02-Jan-05

OTHER SALARY CHANGES:    Base of $2100 Plus
4% on Dishwasher & Chemical & 12% on Hand

ORIGINAL TO CORPORATE OFFICE
COPY FOR BRANCH FILE

12/31/04

*I corrected pay —
but we need to
deduct his
over payment from
next check*

*496.54*

ATTN:       CORPORATE OFFICE
            PAYROLL DEPARTMENT

FROM:       Tony Loureiro

BRANCH:             630

DATE:         12/30/04

RE:          PAY CHANGE

EMPLOYEE: Richard Keating

CURRENT SALARY:      38110+ bonus

CHANGE:         2100              PER PERIOD

SALARY AFTER CHANGE:

EFFECTIVE DATE:      .02-Jan-05   12/27/04

OTHER SALARY CHANGES:      base of 2100.00 Plus 4% dishwasner and Chemical

12% on hand

                              13,125

ORIGINAL TO CORPORATE OFFICE
COPY FOR BRANCH FILE

DEC 3 0 2004

38,110.0000
 2,100.0000
40,210.0000

40,210.0000
40,210.0000
 2,080.0000
   19.5313

ATTN:            CORPORATE OFFICE
                 PAYROLL DEPARTMENT

FROM:            TONY LOUREIRO

BRANCH:                630

DATE:             2/10/2006

RE:              PAY CHANGE

EMPLOYEE:        Richard Keating

CURRENT SALARY:

CHANGE:          11.1250 per hour

SALARY AFTER CHANGE:            1780.00 salary per period + commission

EFFECTIVE DATE:          2006

OTHER SALARY CHANGES:


ORIGINAL TO CORPORATE OFFICE
COPY FOR BRANCH FILE

ATTN:          CORPORATE OFFICE
               PAYROLL DEPARTMENT

FROM:          mike bugiada

BRANCH:            630

DATE:          12/4/2006

RE:

EMPLOYEE:      RICHARD KEATING

CURRENT SALARY:      23140 ANNUAL    BASE

CHANGE:        HOURLY OF 17.00

SALARY AFTER CHANGE:          HOURLY @ 17.00 PER HOUR     ENTERED
                                                          DEC 2 7 2006

EFFECTIVE DATE:                12/4/2006

OTHER SALARY CHANGES:        KEY TO INSTALLER

ORIGINAL TO CORPORATE OFFICE
COPY FOR BRANCH FILE

Lincoln Financial Group

Page 1 of 1

## Claim Detail

Group Protection
Online Services

Print   Close

Payment Details    Submit Return-to-Work

Group ID: ACHLORSYS

### Company Name
The Lincoln National Life Insurance Company

### Member Information

| Claimant Name | SSN | Address |
|---|---|---|
| KEATING, RICHARD | 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 | 466 Rockaway Parkway<br>APT 5D<br>BROOKLYN, NY 11212 |

### Claim: 1110749398

| Benefit Type | Date of Disability | Date Received | Status | Closed Date |
|---|---|---|---|---|
| Long Term Disability | 10/05/2011 | 12/23/2011 | Pending | |

### Payment Information

| | |
|---|---|
| Next Review Date | 02/25/2012 |
| Last Payment Date | 01/27/2012 |
| Payment Amount | $1,175.85 |

### Return To Work Information

| | |
|---|---|
| Return-To-Work Part Time | N/A |
| Return-To-Work Full Time | N/A |

Claim data is provided as of 1/30/2012 and subject to normal business processing. If you have questions, please contact our Employee Care Center at:

1-877-843-3948 - Disability & Life Claims
1-800-842-3729 - Dental Claims
BPClaims@LFG.com

Lincoln Financial Group is the marketing name for Lincoln National Corp. and its affiliates.
©2007 Lincoln National Corporation. All rights reserved. P102

12/28/2011 11:53 FAX   13975290766        UNITEDBUSINESS-SVS                          @007/005

*Jg.17*



### New York State Insurance Fund Disability Benefits Claims

15 Computer Drive West   Albany, New York 12205   Fax 518.437.5201

Richard Keating                                              November 14, 2011
Apt D5
466 Rockaway Pkwy
Brooklyn, NY  11203

Case Number:    4d748634
Disability Date:    10/10/11
Claimant:     Richard Keating                    Case Manager:    Jacqui L unit 4
SS Number:    xxx-xx-8964                         Telephone:    518-437-4303

---

**CLAIMANT STATEMENT:**

1. Have you recovered from your disability: Yes or No If yes, enter the date of recovery___/___/___
   CIRCLE ONE                                                                 MO / DAY / YR

2. Have you worked since your disability: Yes or No If yes, enter the return-to-work date___/___/___
   CIRCLE ONE                                                              MO / DAY / YR

I, _____Richard Keating_____ certify that the above statements are true and authorize
my Physician to give to the New York State Insurance Fund all the information necessary to complete this form.

CLAIMANT SIGNATURE                                          11/19/11
                                                            DATE

---

**PHYSICIAN STATEMENT:** (cannot accept if a Physician Assistant or Nurse Practitioner completes this form)

1. Date of current treatment: 12 / 7 / 2011        DIABETIC RETINAL
                              MO / DAY / YR
2. Present diagnosis and/or complications: DETACHMENT

3. If claim is for pregnancy, indicate date of delivery: ___/___/___ type NATURAL or C-SECTION
   Delivery date: ESTIMATED or ACTUAL               MO / DAY / YR        CIRCLE ONE
                  CIRCLE ONE
4. Date of OPERATION or BIOPSY: 10 / 14 / 11
                               MO / DAY / YR
5. DATE CLAIMANT MAY RETURN TO WORK: Undetermined
                                    MO / DAY / YR

IMPORTANT: Even if considerable question exists, it is mandatory to make a reasonable "estimate" as to the
date you believe this claimant will be able to perform their usual work. If terms like "indefinite", "undetermined"
or "unknown" are used, the processing of this claim will be delayed pending the receipt of a defined date. It is
understood that the date indicated by the PHYSICIAN may be modified upon RE-EVALUATION.

6. DATE OF NEXT SCHEDULED APPOINTMENT (RE-EVALUATION): 2 / 1 / 11
                                                       MO / DAY / YR

                                         12/7/11
PHYSICIAN SIGNATURE              DATE        METROPOLITAN RETINA ASSOCIATES, P.C.
                                            KENNETH S. FELDER, M.D.
2035 Rph Ave                                2035 RALPH AVENUE
STREET ADDRESS                              BROOKLYN, NY 11234
Brooklyn  N   11234   (718) 20 9          05
CITY          STATE  ZIP   TELEPHONE   PHYSICIAN LICENSE NUMBER or STAMP

**For the claimant to qualify for continued disability benefits, the Physician must complete _all_ entries
on this form and mail to: NYSIF Disability Claims, 15 Computer Drive West, Albany, NY 12205
or fax to: 518.437.5201.**

DB-41 (12-10)

Case 1:12-cv-03465-BMC   Document 17-30   Filed 12/08/12   Page 36 of 48 PageID #: 796

12/28/2011 11:53 FAX  13475290766          UNITEDBUSINESS-SVS                          ☑ 002/005

201- 438-3190

---

**Certification of Health Care Provider for**
**Employee's Serious Health Condition**
**(Family and Medical Leave Act)**

**U.S. Department of Labor**
Employment Standards Administration
Wage and Hour Division



OMB Control Number: 1215-0181
Expires: 12/31/2011

**SECTION I: For Completion by the EMPLOYER**
**INSTRUCTIONS to the EMPLOYER:** The Family and Medical Leave Act (FMLA) provides that an employer may require an employee seeking FMLA protections because of a need for leave due to a serious health condition to submit a medical certification issued by the employee's health care provider. Please complete Section I before giving this form to your employee. Your response is voluntary. While you are not required to use this form, you may not ask the employee to provide more information than allowed under the FMLA regulations, 29 C.F.R. §§ 825.306-825.308. Employers must generally maintain records and documents relating to medical certifications, recertifications, or medical histories of employees created for FMLA purposes as confidential medical records in separate files/records from the usual personnel files and in accordance with 29 C.F.R. § 1630.14(c)(1), if the Americans with Disabilities Act applies.

Employer name and contact: _____

Employee's job title: _____  Regular work schedule: _____

Employee's essential job functions: _____

_____

Check if job description is attached: _____

**SECTION II: For Completion by the EMPLOYEE**
**INSTRUCTIONS to the EMPLOYEE:** Please complete Section II before giving this form to your medical provider. The FMLA permits an employer to require that you submit a timely, complete, and sufficient medical certification to support a request for FMLA leave due to your own serious health condition. If requested by your employer, your response is required to obtain or retain the benefit of FMLA protections. 29 U.S.C. §§ 2613, 2614(c)(3). Failure to provide a complete and sufficient medical certification may result in a denial of your FMLA request. 20 C.F.R. § 825.313. Your employer must give you at least 15 calendar days to return this form. 29 C.F.R. § 825.305(b).

Your name: <u>Richard          I          Keating</u>
First          Middle          Last

**SECTION III: For Completion by the HEALTH CARE PROVIDER**
**INSTRUCTIONS to the HEALTH CARE PROVIDER:** Your patient has requested leave under the FMLA. Answer, fully and completely, all applicable parts. Several questions seek a response as to the frequency or duration of a condition, treatment, etc. Your answer should be your best estimate based upon your medical knowledge, experience, and examination of the patient. Be as specific as you can; terms such as "lifetime," "unknown," or "indeterminate" may not be sufficient to determine FMLA coverage. Limit your responses to the condition for which the employee is seeking leave. Please be sure to sign the form on the last page.

Provider's name and business address: <u>KENNETH DENTON M)</u>

Type of practice / Medical specialty: <u>OPHTHAMOLOGY</u>

Telephone: ( <u>718 , 209-0101</u> )          Fax:( <u>718 , 209-0194</u> )

Page 1                          CONTINUED ON NEXT PAGE                          Form WH-380-E  Revised January 2009

12/28/2011 11:53 FAX  13475290766          UNITEDBUSINESS-SVS                    @003/005

PART A: MEDICAL FACTS
1. Approximate date condition commenced: _____ 20+ years

Probable duration of condition: _____ 6 months

Mark below as applicable:
Was the patient admitted for an overnight stay in a hospital, hospice, or residential medical care facility?
___No ___Yes. If so, dates of admission:

_____

Date(s) you treated the patient for condition: 10/14/11 - NY Eye Infirmary

Will the patient need to have treatment visits at least twice per year due to the condition? ___No ___Yes.

Was medication, other than over-the-counter medication, prescribed? ___No ___Yes.

Was the patient referred to other health care provider(s) for evaluation or treatment (e.g., physical therapist)?
___No ___Yes. If so, state the nature of such treatments and expected duration of treatment:

_____

2. Is the medical condition pregnancy? ___No ___Yes. If so, expected delivery date: _____

3. Use the information provided by the employer in Section I to answer this question. If the employer fails to
   provide a list of the employee's essential functions or a job description, answer these questions based upon
   the employee's own description of his/her job functions.

   Is the employee unable to perform any of his/her job functions due to the condition: ___No ✓ Yes.

   If so, identify the job functions the employee is unable to perform: Patient cannot see.

4. Describe other relevant medical facts, if any, related to the condition for which the employee seeks leave
   (such medical facts may include symptoms, diagnosis, or any regimen of continuing treatment such as the use
   of specialized equipment):

   Legally Blind 2° to
   Diabetic retinopathy

Page 2                      CONTINUED ON NEXT PAGE                 Form WH-380-E  Revised January 2009

**PART B: AMOUNT OF LEAVE NEEDED**

5. Will the employee be incapacitated for a single continuous period of time due to his/her medical condition, including any time for treatment and recovery? ___No __✓Yes.

   If so, estimate the beginning and ending dates for the period of incapacity: _Undetermined_

6. Will the employee need to attend follow-up treatment appointments or work part-time or on a reduced schedule because of the employee's medical condition? ___No __✓Yes.

   If so, are the treatments or the reduced number of hours of work medically necessary?
   ___No __✓Yes.

   Estimate treatment schedule, if any, including the dates of any scheduled appointments and the time required for each appointment, including any recovery period:
   _Undetermined_

   Estimate the part-time or reduced work schedule the employee needs, if any:

   _____ hour(s) per day; _____ days per week from _____ through _____

7. Will the condition cause episodic flare-ups periodically preventing the employee from performing his/her job functions? ___No __✓Yes.

   Is it medically necessary for the employee to be absent from work during the flare-ups?
   ___ No __✓Yes. If so, explain:

   _____
   _____

   Based upon the patient's medical history and your knowledge of the medical condition, estimate the frequency of flare-ups and the duration of related incapacity that the patient may have over the next 6 months (e.g., 1 episode every 3 months lasting 1-2 days):

   Frequency: ____ times per ____ week(s) ____ month(s)

   Duration: _____ hours or ___ day(s) per episode

ADDITIONAL INFORMATION: IDENTIFY QUESTION NUMBER WITH YOUR ADDITIONAL ANSWER.

_Legally blind 2° to_

_Diabetic retinopathy_

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Signature of Health Care Provider                    Date 12/7/11

**PAPERWORK REDUCTION ACT NOTICE AND PUBLIC BURDEN STATEMENT**

If submitted, it is mandatory for employers to retain a copy of this disclosure in their records for three years. 29 U.S.C. § 2616; 29 C.F.R. § 825.500. Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number. The Department of Labor estimates that it will take an average of 20 minutes for respondents to complete this collection of information, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding this burden estimate or any other aspect of this collection information, including suggestions for reducing this burden, send them to the Administrator, Wage and Hour Division, U.S. Department of Labor, Room S-3502, 200 Constitution Ave., NW, Washington, DC 20210. **DO NOT SEND COMPLETED FORM TO THE DEPARTMENT OF LABOR; RETURN TO THE PATIENT.**

**WORKERS' COMPENSATION BOARD**
DISABILITY BENEFITS BUREAU
100 BROADWAY - MENANDS
ALBANY, N.Y.  12241

SR:ED 4WKS

| | |
|---|---|
| DATE OF THIS NOTICE | 06/14/10 |

To:

CARRIER OR THE STATE INSURANCE FUND
SELF-INSURED 225 OAK ST
EMPLOYER BUFFALO NY 14203

POLICY NO.      2295203

EFF. DATE      5/13/1988

Re:

CLAIMANT RICHARD KEATING
300 E 38TH STREET APT 1F
BROOKLYN NY 11203

TYPE OF DISABILITY BENEFITS CLAIM
Disability began during employment

Disability began during first four weeks
following termination of employment

Disability began during extended post-
employment period covered as provided
in accepted plan.

EMPLOYER AUTO-CHLOR SYSTEM OF
NEW YORK CITY INC
DBA AUTO-CHLOR SYSTEM
450 FERGUSON DR
MOUNTAIN VIEW CA 94043-5214

| LAST DAY WORKED | FIRST DAY OF DISABILITY | DATE CLAIM FILED | CLAIMANT'S S.S. NO. |
|---|---|---|---|
| 2/19/10 ER | 2/20/2010 | 4/13/2010 | XXX-XX-8964 |

**TO INSURANCE CARRIER OR SELF-INSURED EMPLOYER:**

Enclosed is a claim for Disability Benefits.  Your are required to process this claim immediately.
Reference:  Disability Benefits Law Section 208, subd. 1, regarding prompt payment of benefits
and Section 220, subd. 4, regarding penalties for late payments of benefits.

**IMPORTANT NOTICE TO CLAIMANT**

We have forwarded your claim for disability benefits to your employer (if self-insured) or his/her
insurance carrier, as indicated at the top of this notice.  Please address any further inquiries to
the above-named carrier or self-insured employer, who, according to the Disability Benefits Law,
is responsible for the processing of your claim.  If we can be of any further assistance please
advise.

Disability Benefits
Claims Section

DB-315 (10-89)



**MEMORANDUM**

Date:   April 1, 2010

To:    Richard Keating

From:  Alex Jewell, Director of Human Resources

Re:    Leave of Absence- FMLA due to Medical reasons

---

In accordance with the policy set forth in the Auto-Chlor System Employee Handbook, you have requested <u>a FMLA Leave of Absence. Attached is a copy of Auto-Chlor Systems leave policy.</u> Please note the following conditions that exist during your Leave of Absence:

> You will go on FMLA starting 2/20/20010
> You are able to use accrued (Vac/Sick) ( *you need to notify Auto-Chlor System.)*
> *You will notify Auto-Chlor System if you need to use Vac./ Sick earlier.*
> No employee benefits/seniority/holidays will accrue (Vac/Sick).
> Monthly cost of benefits: $284.74 Due: 5/1 (Please note we pay for benefits a month ahead of time)
> **<u>Your medical coverage will switch to COBRA on  6/1/2010: $973 is due</u>**
> **Beginning date of Leave: 2/20/2010**
> **<u>Return to work date: 5/24/2010</u>**
> **Please return all the paperwork requiring your signature including leave forms and medical certification if required.**
> **Auto-Chlor System cannot guarantee a position will be open for you when you return from your FMLA Medical Leave of Absence if you exceed more then 12 weeks of consecutive leave (5/24/2010) or 12 weeks of intermittent leave within a 12-month period. Should you fail to contact Auto-Chlor System upon expiration of your leave we will assume you have resigned.**
> **<u>We have also attached NY Disability Leave paperwork- please fill out and mail to NY State.</u>** ①
> **<u>Also attached is Auto-Chlor System's Long Term Disability Insurance. We advise you to fill it out ahead of the 90day-waiting period.</u>** ②
> **Should you need an extension of your leave you need to contact us 3 days prior to expiration- *5/21/2010* with Dr's certification.**
> **Attached is a copy of Auto-Chlor System's Leave Policy**
> **You can call Paul Queen or Alex Jewell with any questions.**

Please send the paperwork to : 450 Ferguson Dr.  Mtn. View, Ca 94043
                   Fax: 650-960-3013
                   Attn: Paul Queen
                   Phone:650-967-3085

---

I have read and understand the above regarding my FMLA Medical Leave of Absence.

_____          4 / 13 / 10
Employee                                 Date



Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
PO Box 672408
Marietta, GA 30006-0041
toll free (800) 423-2765
www.LFG.com

June 10, 2010

AUTO-CHLOR SYSTEM
ATTN PAUL QUEEN
450 FERGUSON DR
MOUNTAIN VIEW CA 940435214

Re:  Policy Number: 00001001930900000
      Claim Number: 1100016141
      Claimant:  RICHARD KEATING

Dear Paul Queen:

This letter is to inform you that the Long Term Disability claim filed by Mr. Keating has been approved beginning on 5/21/2010.

A detailed letter has been sent to Mr. Keating explaining how the benefits are administered.  Due to the confidential nature of the approval documentation, we are unable to provide you with a copy of the actual letter sent.

Please notify us immediately should the employee return to work.

The LTD waiver of premium is effective on 6/1/2010.

Please contact our office with any questions you may have at the number listed above.

Sincerely,

Jondra Wise, DIA, DHP
Assoc. LTD Benefit Specialist
The Lincoln National Life Insurance Company

## Long-Term Disability Claim Employee's Statement

**To Be Completed By The Employee**

### A. Information about you

Last Name: KEATING
First: RICHARD
Middle Initial: T

Address: 300 E 38 ST 1F1
City: Brooklyn
State/Province: NY
Zip: 11203

Telephone: (646) 468-1541
Social Security Number: ~~[redacted]~~

Date of Birth (Month, Day, Year): 03/04/64
Height: 5'11"
Weight: 209

☑ Rt Handed  ☐ Lt. Handed
☑ Male  ☐ Female
☐ Single  ☑ Married  ☐ Widowed  ☐ Divorced

Your Employer (include division if applicable): Auto-Chlor System

Occupation: Tech

### B. Information about your family (required to determine your eligibility for Social Security benefits)

Spouse's Name (Last, First): Keating, Elaine

Spouse's Social Security Number: ~~[redacted]~~
Date of Birth (Month, Day, Year): 06-24-70
Is your spouse employed? ☑ Yes ☐ No

Children under age 25: Name (Last, First)
Miklayl Lovelace — Date of Birth (Month, Day, Year): 10-11-1989
Mertin Lovelace — 12-5-1990
Margaret Lovelace — 10-3-1992
Romario Stewart — 7-12-1994

### C. Information about the condition causing your disability

**1. For pregnancy or illness, answer the following questions:**

What were your first symptoms? N/A

When did you first notice them?
Date you were first treated by a physician (Month, Day, Year): 02-21-2010

**2. For an injury, answer the following questions:**

Where and how did the injury occur? During work

Date the injury occurred (Month, Day, Year): 02-16-2010
Date you were first treated by a physician (Month, Day, Year): 02-21-2010

**3. For illness or injury, answer the following questions:**

Why are you unable to work? Surgery

Before you stopped working, did your condition require you to change your job or the way you did your job?
☐ Yes ☑ No   If yes, explain

Is your condition related to your occupation?
☑ Yes ☐ No   If yes, explain: Shoe caused injury which led to an infection

Have you filed, or do you intend to file a Workers' Compensation claim?
☐ Yes ☑ No

### D. Information about the disability

Last day worked before the disability (Month, Day, Year): 02-19-2010
Did you work a full day? ☑ Yes ☐ No   If no, explain
Date you were first unable to work? (Month, Day, Year): 02-22-2010

Have you returned to work?
☐ Yes  Part time (date) _____ Full time (date) _____  ☑ No

If you have not returned to work, do you expect to?
☐ Yes  Part time (date) _____ Full time (date) N/A  ☐ No

Are you currently self-employed or working for another employer?
☐ Yes ☑ No   If so, give details.

(Continued on next page)

**E. Information about physicians and hospitals**

First medical attention for the current disability was given by (complete below):

| Doctor's Name | Telephone: 718-377-1212 | Specialty Podiatrist |
|---|---|---|
| Janna Getter DPM | Fax: 718-258-1405 | |
| Address (Street, City, State, Zip) | | Dates Seen |
| 5412 - Kings Plaza Mall Blvg NY 11234 | | 2/21/10 To Current |

List all other physicians and hospitals you have seen for this condition:

| Doctor's Name | Telephone: | Specialty |
|---|---|---|
| | Fax: | |
| Address (Street, City, State, Zip) | | Dates Seen |
| | | To |

| Doctor's Name | Telephone: | Specialty |
|---|---|---|
| | Fax: | |
| Address (Street, City, State, Zip) | | Dates Seen |
| | | To |

| Doctor's Name | Telephone: | Specialty |
|---|---|---|
| | Fax: | |
| Address (Street, City, State, Zip) | | Dates Seen |
| | | To |

| Hospital Peninsula Hospital | |
|---|---|
| Address (Street, City, State, Zip) | Dates of Confinement |
| 51-15 Beach Channel Dr. Far Rockaway NY 11691 | 2/21/10 To 3/07/10 |

Have you ever had the same or a similar condition in the past?

☐ Yes  ☒ No   If yes, complete the following concerning your past treatment:

| Doctor's Name | Telephone: | Specialty |
|---|---|---|
| | Fax: | |
| Address (Street, City, State, Zip) | | Dates Seen |
| | | To |

| Hospital | |
|---|---|
| Address (Street, City, State, Zip) | Dates of Confinement |
| | To |

**F. Information about other disability income**

(Check the other income benefits you are receiving or are eligible to receive as a result of your disability and complete the information requested.)

| Source of Income | Amount | / (wk., mon.) | Date claim was filed | Date payments began | Date payments ended |
|---|---|---|---|---|---|
| Social Security Retirement | $ | / | . | . | . |
| Social Security Disability/Yourself | $ | / | . | . | . |
| Social Security Disability/Dependents | $ | / | . | . | . |
| Canadian Pension Plan | $ | / | . | . | . |
| Workers' Compensation | $ | / | . | . | . |
| State Disability | $ | / | . | . | . |
| Pension/Retirement | $ | / | . | . | . |
| Pension/Disability | $ | / | . | . | . |
| Short Term Disability | $ | / | | | |
| Unemployment | $ | / | . | . | . |
| No-Fault Insurance | $ | / | | | . |
| Railroad Retirement | $ | / | | | |
| Other (include individual or group benefits): | $ | / | | | |

**G. Information about income tax withholding**

If your request for benefits is approved, should The Lincoln National Life Insurance Company withhold income taxes from your benefit checks?
☐ Yes  ☒ No   If yes, how much should be withheld from each check. Federal taxes (minimum is $88.00 per month)  $ .00

**H. Signature (Required for all claims)**

Under what other policies with The Lincoln National Life Insurance Company are you currently covered?

The above Statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements.

X _____     Date 04-13-2010
   Signature of Employee

GLC-01252ATL

## Long-Term Disability Claim Physician's Statement

This form should be completed by the physician who was treating the claimant when he or she last worked.

**To Be Completed By The Attending Physician**

**A.  General Information**

This claim is for (Patient's Name)

Richard Keating

| Patient's Social Security Number | Height | Weight | Blood Pressure | Date of Birth (Month, Day, Year) |
|---|---|---|---|---|
| | | | | 03/04/64 |

Primary Diagnosis including ICD 9 or DSM code

250.60    707.15    785.4    681.10

**B.  Complete this section for normal pregnancy, then go to section E.**

| What was the date of the last menstrual period? | What is the expected date of delivery? |
|---|---|
| What is the expected length of postpartum recovery? | What was the first date of treatment? | What was the last date of treatment? |

**C.  Complete this section for all conditions except normal pregnancy.**

Symptoms

Swelling  ulcerations  Diabetes  with Neuropathy

Objective Findings

Are there secondary conditions contributing to the disability?

☒ Yes  ☐ No   If yes, what are they? (Please include ICD 9 or DSM code.)

Diabetes

If this is a cardiac condition, what is the functional capacity? (American Heart Association)

☐ Class 1 - No limitation    ☐ Class 3 - Marked limitation
☐ Class 2 - Slight limitation   ☐ Class 4 - Complete limitation

| When did symptoms first appear? | Date of the patient's first visit | Date you believe the patient was first unable to work |
|---|---|---|
| 02/07/10 | (Month, Day, Year) 02/01/10 | (Month, Day, Year) 2/20/10 |

Date of the patient's last visit
(Month, Day, Year)  04/25/10

How often do you see the patient?
Weekly

Is the patient's condition work related?

☐ Yes  ☒ No   If yes, explain:

Has the patient undergone surgery?

☒ Yes  ☐ No   If yes, give date, procedure and result.

If no, do you expect surgery to be performed in the future?

☐ Yes  ☐ No   If yes, give date and type of surgery.

What medication is the patient currently taking?

As per PCP

Please indicate other types and frequencies of treatment.

Wound Redressing

Has the patient been referred to a medical rehabilitation or therapy program?

☒ Yes  ☐ No   If yes, give details.

home care Services

Have you referred the patient for other types of consultations?

☐ Yes  ☒ No   If yes, give details.

Has the patient been hospital confined?

☒ Yes  ☐ No   If yes, complete the following:

Name of Hospital

Peninsula Hospital

| Address | | Dates of Confinement |
|---|---|---|
| 5115 Beach Channel Drive Far Rockaway NY 11691 | | 2/21/10 through 3/07/10 |

(Continued on next page)

**D. Information about the patient's inability to work**

Briefly describe restrictions and limitations.

Restrictions (What the patient SHOULD NOT do)

*limited ambulation*

Limitations (What the patient CANNOT do)

*Stand or walk for any period of time • unable to wear regular shoe*

What is your prognosis for recovery?

*good with proposed treatment*

Has patient achieved maximum medical improvement?

☐ Yes  ☒ No   If no, complete the following:

How soon do you expect fundamental changes in the patient's medical condition?

☐ 1 - 2 months          ☐ 5 -6 months
☒ 3 - 4 months          ☐ more than 6 months

Give details concerning expected improvement or deterioration:

In an eight hour workday, claimant can: *(Circle full hourly capacity for each activity)*

| | | | | | | | | |
|------|---|---|---|---|---|---|---|---|
| Sit | 1 | 2 | 3 | 4 | ⑤ | 6 | 7 | 8 |
| Stand | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| Walk | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |

| Are there restrictions in: | Yes | No | Comments |
|---|---|---|---|
| Lifting/Carrying | ☐ | ☐ | *When Patient returns to* |
| Use of hands in repetitive actions | ☐ | ☐ | *work he will have No limitations.* |
| Use of feet in repetitive movements | ☐ | ☐ | |
| Bending | ☐ | ☐ | |
| Squatting | ☐ | ☐ | |
| Crawling | ☐ | ☐ | |
| Climbing | ☐ | ☐ | |
| Reaching above shoulder level | ☐ | ☐ | |
| Other (please specify) | ☐ | ☐ | |

When do you expect claimant to return to prior level of functioning?

*about 5/31/13*

Would you recommend vocational rehabilitation for this patient?

☐ Yes  ☐ No

**E. Required Attachments and Signature**

After you have fully completed this form, attach copies of the following materials:

 – Office notes for the period of treatment for the last two years
 – Test results showing objective findings
 – Hospital discharge summaries
 – Consulting physician reports

Your Name: *Janna Gefter*

Specialty: *Podiatrist*

Address: *5410 - Kings Plaza Mall   Bklyn NY 11234*

Degree: *DPM*

Telephone: (718) 377-1313

Fax: (718) 258-1405

X _____          Date *5/21/13*

Signature of Attending Physician (no stamp)

GLC-01252ATL

*mail back to Auto-Color*

**Certification of Health Care Provider**
(Family and Medical Leave Act of 1993)

**U.S. Department of Labor**
Employment Standards Administration
Wage and Hour Division



*(When completed, this form goes to the employee, __Not to the Department of Labor.__)*

OMB No.: 1215-0181
Expires: 09-30-2010

1. Employee's Name

Keating, Richard

2. Patient's Name *(If different from employee)*

Keating, Richard

3. Page 4 describes what is meant by a **"serious health condition"** under the Family and Medical Leave Act. Does the patient's condition[1] qualify under any of the categories described? If so, please check the applicable category.

(1)_____ (2)_____ (3)_____ (4)_____ (5)_____ (6)_____ , or None of the above _____

4. Describe the **medical facts** which support your certification, including a brief statement as to how the medical facts meet the criteria of one of these categories:

Diabetic - Deep ulcer/Abces left foot

5. a. State the approximate **date** the condition commenced, and the probable duration of the condition (and also the probable duration of the patient's present **incapacity**[2] if different):

02/20/10

b. Will it be necessary for the employee to take work only **intermittently or to work on a less than full schedule** as a result of the condition (including for treatment described in Item 6 below)?

No

If yes, give the probable duration:

c. If the condition is a **chronic condition** (condition #4) or **pregnancy**, state whether the patient is presently incapacitated[2] and the likely duration and frequency of **episodes of incapacity**[2]:   Yes

Weekly Redressings

---

[1] Here and elsewhere on this form, the information sought relates only to the condition for which the employee is taking FMLA leave.

[2] "Incapacity," for purposes of FMLA, is defined to mean inability to work, attend school or perform other regular daily activities due to the serious health condition, treatment therefor, or recovery therefrom.

Form WH-380
Revised December 1999



**MEMORANDUM**

Date:   April 1, 2010

To:   Richard Keating

From:  Alex Jewell, Director of Human Resources

Re:   Leave of Absence- FMLA due to Medical reasons

---

In accordance with the policy set forth in the Auto-Chlor System Employee Handbook, you have requested **a FMLA Leave of Absence**. Attached is a copy of Auto-Chlor Systems leave policy. Please note the following conditions that exist during your Leave of Absence:

- ➤ You will go on FMLA starting 2/20/20010
- ➤ You are able to use accrued (Vac/Sick) ( *you need to notify Auto-Chlor System.*)
- ➤ *You will notify Auto-Chlor System if you need to use Vac./ Sick earlier.*
- ➤ No employee benefits/seniority/holidays will accrue (Vac/Sick).
- ➤ Monthly cost of benefits: <u>$284.74</u> Due: 5/1 (Please note we pay for benefits a month ahead of time)
- ➤ <u>Your medical coverage will switch to COBRA on  6/1/2010: $973 is due)</u>
- ➤ <u>Beginning date of Leave: 2/20/2010</u>
- ➤ <u>Return to work date: 5/24/2010</u>
- ➤ **Please return all the paperwork requiring your signature including leave forms and medical certification if required.**
- ➤ **Auto-Chlor System cannot guarantee a position will be open for you when you return from your FMLA Medical Leave of Absence if you exceed more then 12 weeks of consecutive leave (5/24/2010) or 12 weeks of intermittent leave within a 12-month period. Should you fail to contact Auto-Chlor System upon expiration of your leave we will assume you have resigned.**
- ➤ <u>We have also attached NY Disability Leave paperwork- please fill out and mail to NY State.</u>  ①
- ➤ <u>Also attached is Auto-Chlor System's Long Term Disability Insurance. We advise you to fill it out ahead of the 90day-waiting period.</u>  ②
- ➤ **Should you need an extension of your leave you need to contact us 3 days prior to expiration-** *5/21/2010* **with Dr's certification.**
- ➤ **Attached is a copy of Auto-Chlor System's Leave Policy**
- ➤ **You can call Paul Queen or Alex Jewell with any questions.**

Please send the paperwork to : 450 Ferguson Dr. Mtn. View, Ca 94043
Fax: 650-960-3513
Attn: Paul Queen
Phone:650-967-3085

I have read and understand the above regarding my FMLA Medical Leave of Absence.

_____     Date  4 / 13 / 10
Employee