# BRONSON LIPSKY LLP
## ATTORNEYS AT LAW

Douglas B. Lipsky

630 Third Avenue, Fifth Floor
New York, New York 10017
Main: 212.392.4472
Direct: 212.444.1024
Fax: 212.444.1030
dl@bronsonlipsky.com

www.bronsonlipsky.com

December 26, 2012

VIA ECF
The Honorable Brian M. Cogan, U.S.D.J.
U.S. District Court Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    Gonzalez v. Auto-Chlor System of New York City, Inc.,
             1:12-CV-3465 (BMC)

Dear Judge Cogan:

      This firm and Gottlieb & Associates represent Plaintiff Gonzalez in the above-referenced matter, and submit this letter pursuant to the Court's December 19, 2012 Order. As requested, this letter confirms that the Court's stated assumptions in the December 19 Order are correct: the parties have not entered into a settlement agreement; and no consideration has been paid to Plaintiff Gonzalez or his counsel.

      Plaintiff's counsel is available to answer any further questions that the Court may have.

                                                Respectfully submitted,
                                                BRONSON LIPSKY LLP

                                                s/ Douglas B. Lipsky
                                                Douglas B. Lipsky

Cc: Danielé D. De Voe (via ECF)